EDWIN R. LA VIN v. SANFORD HOTEL CORP. et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 280 App. Div. 963.]